**John Paul TURNER, a/k/a Pops, Plaintiff—Appellant,**

v.

**Commonwealth of VIRGINIA, Defendant—Appellee.**

No. 05–2361.

United States Court of Appeals, Fourth Circuit.

Submitted April 3, 2006.

Decided April 25, 2006.

**320**

[black bar]

John Paul Turner, Appellant Pro Se.

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John Paul Turner appeals the district court's orders dismissing this action for want of subject matter jurisdiction and denying the motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we deny the motion for leave to appeal in forma pauperis and dismiss the appeal. *See Exxon Mobil Corp. v. Saudi Basic Indus. Corp.*, 544 U.S. 280, 125 S.Ct. 1517, 1521–22, 1527, 161 L.Ed.2d 454 (2005); *Davani v. Va. Dep't Transp.*, 434 F.3d 712, 719 (4th Cir.2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*